# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JAMES C. BLANKENSHIP and**
**CHRISTINE MARIE JOHNS,**

        **Plaintiffs,**

**-vs-**                            Case No.  6:09-cv-1152-Orl-31DAB

**LOUISVILLE LADDER, INC.,**

        **Defendant.**

_____

## ORDER

This matter comes before the Court on the Motion for Reconsideration (Doc. 49) filed by the Defendant. Although the motion (Doc. 45) which was previously denied (Doc. 46) was, in fact, the fourth request for a deadline extension in this case, and despite the fact that the Defendant has not made a showing that no other attorney in its chosen law firm could try this case, given that the Plaintiff agrees to a continuance, the Court will reconsider its previous denial. The request for deadline extensions and rescheduling of trial will be granted. Absent extraordinary circumstances, however, the Court will not grant any further requests for an extension.[1]

Accordingly, it is hereby

**ORDERED** that the Motion for Reconsideration (Doc. 49) is **GRANTED**. This Court's order of October 26, 2010 (Doc. 46) is **VACATED**, and the Defendant's motion to extend

---

[1] Although the Court remains sympathetic regarding the health issues faced by counsel for the Defendant, those health issues will not constitute extraordinary circumstances for purposes of any future requests for an extension.

deadlines is **GRANTED**.  The deadlines for expert discovery and cutoff of discovery are extended until January 20, 2011, and the trial in this case is rescheduled from the February 2011 trial term to the April 2011 trial term.  An amended case management and scheduling order will follow.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 15, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party